Faridel RICHARDSON, personally and on behalf of my children, Fraydoun Soltani; Farhad Soltani & Ladan Richardson, Appellant,

v.

Michael J. ASTRUE, Commissioner of Social Security, Appellee.

No. 08–3967.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 3, 2009.

Filed: Dec. 11, 2009.

Farideh Richardson, Kansas City, MO, pro se.

Stacy A. Morgan, Spec. Asst. U.S. Atty., Kansas City, MO (Matt J. Whitworth, Acting U.S. Atty., on the brief), for appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Farideh Richardson, on behalf of herself and her children, appeals the district court's [1] dismissal of her pro se social security appeal for lack of subject matter jurisdiction based on failure to exhaust administrative remedies. We have carefully reviewed the record de novo, *see In Home Health, Inc. v. Shalala,* 272 F.3d 554, 559 (8th Cir.2001), and conclude that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. We also deny the pending motions.

---

1. The Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).